UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CARRIE BOUFFARD a/k/a CARRIE ACEVEDO,

    Plaintiff,

v.

BARCLAYS BANK PLC, PHILLIPS & COHEN ASSOCIATES, LTD., CAPITAL MANAGEMENT SERVICES, LP, TRANS UNION, LLC, EQUIFAX INFORMATION SERVICES, LLC, and EXPERIAN INFORMATION SOLUTIONS, INC.,

    Defendants.

21-Cv-2898 (SHS)

ORDER

---

SIDNEY H. STEIN, U.S. District Judge.

    The Court has received plaintiff's notice of settlement as to defendant Barclays Bank PLC dated June 9, 2021. (ECF No. 12.) Accordingly,

    IT IS HEREBY ORDERED that plaintiff shall file a notice of discontinuance as to defendant Barclays on or before July 14, 2021.

Dated: New York, New York
       June 15, 2021

SO ORDERED:

Sidney H. Stein, U.S.D.J.